# NO. 12-19-00418-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | |
|---|---|
| *IN THE INTEREST OF C.L.S.,* | §     *APPEAL FROM THE 392ND* |
| *A CHILD* | §     *JUDICIAL DISTRICT COURT* |
| | §     *HENDERSON COUNTY, TEXAS* |

## *PER CURIAM ORDER*

In examining the record herein, the Court has determined that it does not contain findings regarding whether the child is an Indian child under the Indian Child Welfare Act (ICWA) and that such findings should be sent to this Court for review. Accordingly,

It is ORDERED that the trial court shall (1) conduct a hearing to determine whether C.L.S. is an Indian child under the ICWA and (2) cause a record of the proceedings to be prepared and make appropriate findings as to whether C.L.S. is an Indian child.

It is FURTHER ORDERED that a supplemental clerk's record, including any order and findings resulting from the ICWA hearing, be certified to this Court no later than **March 25, 2020**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 26th day of February 2020, A.D.

KATRINA MCCLENNY, CLERK
12th Court of Appeals

By:___*Katrina McClenny*___